United States District Court
Southern District of Texas

**ENTERED**

July 01, 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOURTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIRO ALEXANDER GONZALEZ-RECINOS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 1:19-CV-95 |
| | § | |
| KEVIN K. McALEENAN, *Acting Secretary*, | § | |
| *U.S. Department of Homeland Security, et al.,* | § | |
| *Defendants.* | § | |

## AGREED ORDER CONTINUING JULY 11, 2019 HEARING
## AND OTHER RELATED DEADLINES

Today, this Court considered the parties "Agreed Motion to Continue the July 11, 2019 Hearing and Other Related Deadlines." Having considered the motion, this Court finds that it has been brought in good faith and should be, and is, GRANTED.

THEREFORE IT IS ORDERED, that Plaintiffs file their brief in support of their request for injunctive relief on or by <u>July 25, 2019</u>;

IT IS FURTHER ORDERED, that Defendants file their brief in response no later than <u>August 8, 2019</u>;

IT IS FURTHER ORDERED that the Court shall hold a hearing on Plaintiffs' request for injunctive relief on **August 15, 2019, at 1:30 p.m.**

IT IS FURTHER ORDERED, that Defendants will not remove Plaintiffs from the jurisdiction of the Court until such time as the Court has held a hearing on the Plaintiffs' request for injunctive relief.

Signed _____ July 1 _____, 2019.

FERNANDO RODRIGUEZ
U.S. District Judge
Southern District of Texas

Agreed as Form and Substance:

/Nancy L. Masso
Nancy L. Masso, AUSA
For Defendants

/Lisa Brodyaga
Lisa Brodyaga, Attorney at Law
For Plaintiffs